[Hillsborough, December, 1888.]

## STATE *v.* JOSEPH A. MORIN & *a.*

*R. M. Wallace*, solicitor, for the state.

*Sulloway & Topliff* and *G. B. French*, for the defendants.

BINGHAM, J. The case in its present form presents questions

which may never arise on a trial. It is not advisable to pass upon unnecessary cases. *State* v. *Stevens*, 36 N. H. 59, 60; *Sceva* v. *True*, 53 N. H. 627; *State* v. *Baron*, 64 N. H. 612.

CLARK, J., did not sit: the others concurred.

*Case discharged.*